UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA HOTEL,<br><br>    Plaintiff,<br><br>v.<br><br>MEGAN KEELIN,<br><br>    Defendants. | Case No. 1:23-cv-00042-EPG<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA<br><br>(ECF No. 1). |

On January 10, 2023, Defendant Megan Keelin, proceeding *pro se*, filed a notice of removal of this unlawful detainer action from Sacramento County Superior Court. (ECF No. 1). Sacramento County is part of the Sacramento Division of the United States District Court for the Eastern District of California. Federal law provides that a notice of removal shall be filed "in the district court of the United States for the district and division within which such action is pending." 28 U.S.C. § 1446(a). Therefore, the notice of removal should have been filed in the Sacramento Division. *See id.*

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Accordingly, IT IS ORDERED that:

1

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento: and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **January 11, 2023**

/s/ Eric P. Grosj
UNITED STATES MAGISTRATE JUDGE